UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVA GRIGSBY,<br><br>   Plaintiff,<br><br> v.<br><br>LA RABIDA CHILDREN'S HOSPITA., LINDA ROBINSON, In her Individual Capacity, TIM MELINE, In his Individual Capacity,<br><br>   Defendants. | 20 CV_67_____<br><br>HON. JUDGE JORGE L. ALONSO<br>MAJ. JUDGE |

**PLAINTIFF'S MOTION TO RE-SET THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

**COMES NOW THE PLAINTIFF**, **EVA GRIGSBY,** by and through her counsel, Calvita J. Frederick and Associates, and in support of his motion to re-set the briefing schedule on Defendant's Motion To Dismiss the Complaint, states as follows:

 1. Defendant herein filed their Motion To Dismiss the Complaint and Memorandum in Support of same. [Docket # 16 and 17].

 2. Based upon this Court's Minute Order of October 15, 2019, Plaintiff was required to file her Response to the Motion to Dismiss by July 8, 2020. Docket [14].

 3. Plaintiff's counsel has been suffering with a bad ear infection for the past 5 weeks which has interfered with her ability to work.

 4. During the week of June 30, Plaintiff's counsel's family lost a member because of COVID 19. His services were held on July 3, 2020. Plaintiff's counsel has been out of the

1

office attending to family matters a s a result of that death.  Unfortunately, these issues have limited Counsel's office and work time over the past 3 weeks.

     5.     As a result, Counsel is behind in her work and request additional time to prepare the Response to Defendant's Motion to Dismiss.

     6.     Plaintiff's counsel requests an additional 21 days to respond to the Motion to Dismiss, once she returns to the States.

     9.     Plaintiff has a meritorious defense to the Motion to Dismiss.

     10.     Defendants will not be prejudiced by the granting of this motion.

**Wherefore,** Plaintiff respectfully requests that this Honorable court re-set the briefing schedule to allow Plaintiff an additional 21 days to respond and for such other and further relief as this Court deems just and proper.

                                                              Respectfully submitted,

                                                             EVA GRIGSBY

                                                             By;    <u>s/ Calvita J. Frederick</u>
                                                                           Attorney for Plaintiff

Calvita J. Frederick
Post Office Box 802976
Chicago, Illinois 60680-2976
312-421-5544
ARDC # 6184001